# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

May 12, 2011

No. 10-30850

Lyle W. Cayce
Clerk

HENRY HAYNES,

Plaintiff - Appellant

v.

HILL BROTHERS CONSTRUCTION COMPANY, INCORPORATED;
CLYDE STAMEY; MISSISSIPPI FARM BUREAU CASUALTY INSURANCE
COMPANY; XCAVATOR, INCORPORATED,

Defendants - Appellees

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:10-CV-145

Before JONES, Chief Judge, and KING and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  *See* 5TH CIR. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.